**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6909**

MARK R. EDWARDS, SR.,

        Petitioner - Appellant,

    v.

R.A. PERDUE, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:14-cv-00136-FPS-JSK)

Submitted: August 27, 2015      Decided: September 1, 2015

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark R. Edwards, Sr., Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark R. Edwards, Sr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition as successive under 28 U.S.C. § 2244(a) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Edwards v. Perdue, No. 5:14-cv-00136-FPS-JSK (N.D.W. Va. May 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2